**Order filed October 31, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00861-CV
_____

## IN RE FED EX GROUND PACKAGE SYSTEM, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-49530**

---

## ORDER

On October 29, 2019, relator Fed Ex Ground Package System, Inc. filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Dedra Davis, Judge of the 270th District Court, in Harris County, Texas, to set aside her October 28, 2019 orders denying relator's motions to quash the subpoenas of two witnesses. Fed Ex also filed a motion to stay the trial court proceedings. We granted the motion to stay and issued a stay on October 29, 2019.

On October 30, 2019, real party in interest Zach Brown filed a motion for dissolution of this court's stay order, stating that he was withdrawing the subpoenas that are the subject of this proceeding. Brown contends that his withdrawal of the

subpoenas renders relator's request for mandamus relief moot. Fed Ex responds that its request for mandamus relief is not moot.

The parties appear to disagree over whether there is an ongoing trial. Fed Ex contends that there is no ongoing trial because the trial court discharged the jury without instruction. Brown's reply suggests that the jury may not have been discharged.

Given the uncertainty, we order the parties to file a status report with this court no later than noon on November 1, 2019, as to the current status of the trial proceedings that commenced on October 28, 2019.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Hassan.